EXHIBIT 1

EXHIBIT 1

Filing # 107756028 E-Filed 05/20/2020 03:26:39 PM

IN THE CIRCUIT COURT,
EIGHTEENTH JUDICAL CIRCUIT, IN
AND FOR BREVARD COUNTY,
FLORIDA

CASE NO.:

DONALD JOLLY,

    Plaintiff,

-vs-

NEW WESTLAND MARINE, LLC

    Defendant

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff sues Defendant, and alleges:

1. This is an action for damages in excess of $30,000.00.

2. That at all times material hereto, Plaintiff was a resident of Brevard County, Florida.

3. That at all times material hereto, Defendant was a corporation, with a principal business address of 99 Lancaster Street, Stanford, Kentucky.

4. At all times material, Defendant operated, managed, owned, and operated a marina known as Westland Boatyard and Marina, 419 North Washington St., Titusville, Brevard County, Florida.

5. The incident giving rise to this Complaint occurred on July 29, 2018 at the marina noted above.

[12575680/1]

6. At all times material hereto, Plaintiff rented a boat slip in the marina managed, owned, and operated by Defendant.

7. At the time, there existed a dangerous, latent condition on the premises described above. Specifically, the dock and/or some type of covering on the dock improperly used and or placed, was defective and/or in need of repair, was not maintained, and/or was not sufficient for its intended purposes and/or in the manner in which it was being used by Defendant.

8. At all times material, Defendant and its employees/agents owed a duty to all parties staying or renting slips at the dock, which included Plaintiff, to use reasonable care in maintaining its property and premises in a reasonably safe condition, and to warn of dangerous, latent conditions it knew of, or should have known of. Defendant breached this duty and was negligent when it failed to conduct appropriate inspections of the dock and covering, failed to conduct appropriate inspections of the dock and looking for proper placement of the covering, failed to maintain the dock area, including the covering, utilized a dock and/or a covering that was defective or in need of repair in an area of known foot traffic, failed to cause the replacement or repair of the dock and/or covering in an area of known foot traffic, and/or failed to warn the customers of the defective condition of the dock and/or covering.

9. As a result of these failures, the dangerous, latent condition of the dock and/or covering was created by, allowed to remain by, and was not remedied by, Defendant's employees/agents that were acting within the course and scope of their employment with Defendant.

10. The condition was unknown to Plaintiff, and could not be known by ordinary means.

[12575680/1]

11. As Plaintiff crossed the area of the defective dock and/or covering, he tripped as a result of the defect, which caused Plaintiff to fall and severely injure himself.

12. Defendant is legally responsible for the negligent actions of its employees/agents in this situation, if any.

13. As a result of the negligence of Defendant's employees, which is legally attributable to the Defendant, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future. Plaintiff has sustained permanent injuries within a reasonable degree of medical probability.

WHEREFORE, Plaintiff demands judgment against the Defendant, for damages and costs and a trial by jury of all issues herein.

FARAH & FARAH, P.A.

_____
Kevin A Brown
Florida Bar No.: 0705691
800 N. Magnolia Avenue, Suite 105
Orlando, Florida 32803
(407) 392-0032
(407) 730-4708 (facsimile)
kbrown@farahandfarah.com
tcastneda@farahandfarah.com
Attorney for Plaintiff

[12575680/1]